# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

**HONGQINGTING GROUP WENZHOU SHOES COMPANY, LTD.,**

Plaintiff,

V.  CASE NUMBER: **08-C-445**

**BGW MARKETING COMPANY, LLC,**

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff and against the defendant pursuant to Fed. R. Civ. P. 55(b)(1) in the sum of $140,000.00.**

This action is hereby DISMISSED.

| July 3, 2008 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |

s/ Linda M. Zik
(By) Deputy Clerk